

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00523-CV

Leonardo **SAENZ**,
Appellant

v.

Julia **SAENZ**,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 21-02-00035CVF
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We ORDER appellant Leonardo Saenz to pay the costs of this appeal.

SIGNED September 14, 2022.

_____
Rebeca C. Martinez, Chief Justice